# United States District Court

CENTRAL DISTRICT OF ILLINOIS

**Sammy J. Moore**

vs.                                                                                      Case Number:   **07-1173**

**Liszewski, et al.**

### ORDER

Pursuant to the **3/31/10** mandate, in appellate case number **09-3515**, from the United States Court of Appeals, Seventh Circuit **[126]**, the agency having custody of the plaintiff, **Sammy J. Moore, R05044,** is directed to remit the appellate docketing fee of $455 from his prison trust fund account if such funds are available.  If he does not have $455 in his account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher; thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the Clerk of Court each time the plaintiff's account exceeds $10 until the statutory appeal fee of $455 is paid in its entirety.  The United States Court of Appeals is notified, via a copy of this order.

ENTERED this 31st day of March, 2010

\_\_s/Harold A. Baker\_\_\_\_
HAROLD A. BAKER
U.S. District Judge